ACCEPTED
04-14-00915-cr
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/31/2015 4:49:53 PM
KEITH HOTTLE
CLERK

# IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

*Adan Flores v. The State of Texas*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/31/2015 4:49:53 PM
KEITH E. HOTTLE
Clerk

### NO. 04-14-00915-CR

Trial Court No. 2014CRS000311-D1

## STATE'S MOTION FOR LEAVE TO FILE ADDITIONAL CITATIONS

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES THE STATE OF TEXAS, and respectfully moves the Court to permit the filing of the attached additional citations and commentary in support of the State's Brief. Although Local Rule 8.3 permits the filing of additional citations and succinct commentary without leave of the Court, and the attached document consists only of citations and commentary, it totals 25 pages and 5,449 words due to the sheer number of cases summarized: there are fifteen fully summarized cases (for and against the State's position), two tables of further citations, and about a page and a half of summarizing commentary. Therefore, out of an abundance of caution, the State requests leave to file the attached document as if it was a supplemental brief under Local Rule 8.4.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, the State prays the Court grant

leave to file the attached document.


Respectfully submitted,

ISIDRO R. ALANIZ
DISTRICT ATTORNEY
49TH JUDICIAL DISTRICT

By:___/s/_____
David L. Reuthinger, Jr.
Assistant District Attorney
Webb County, 49th Judicial District
1110 Victoria St., Suite 401
Laredo, Texas 78040
(956) 523-4900 / (956) 523-5070 (Fax)
Bar No.  24053936
**ATTORNEY FOR APPELLEE**

## CERTIFICATE OF COMPLIANCE

The word count of the foregoing document is 148.


Date: August 31, 2015


                         ___/s/_____
                         David L. Reuthinger, Jr.
                         Attorney for Appellee


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to Armando Trevino, attorney for the Appellant, via eFileTexas e-Service to Armando_trevinolaw@hotmail.com


Date: August 31, 2015.


                         ___/s/_____
                         David L. Reuthinger, Jr.
                         Attorney for Appellee